# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHERI L. SIMMS,<br><br>    Plaintiff,<br><br>v.<br><br>NEW CENTURY MORTGAGE CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 2:10-CV-00460-KJD-PAL<br><br>**ORDER** |

Presently before the Court is Plaintiff's Notice of Dismissal (#13) docketed by the Clerk's Office as a Motion to Voluntarily Dismiss Case. Plaintiff is moving to voluntarily dismiss her case in accordance with Federal Rule of Civil Procedure 41. Since Defendants have not filed an answer or motion for summary judgment, the Court grants Plaintiff's motion and dismisses Plaintiff's complaint.

**IT IS SO ORDERED.**

DATED this 8th day of July 2010.

_____
Kent J. Dawson
United States District Judge